IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANAEL KEITH,

    Petitioner,        No. CIV S-12-0053 DAD P

   vs.

CDCR,

    Respondent.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

        Petitioner, who is currently incarcerated in North Fork Correctional Facility in Sayre, Oklahoma, is challenging a judgment of conviction entered in the San Bernardino County Superior Court. San Bernardino County is in an area embraced by the United States District Court for the Central District of California.

        Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have jurisdiction over applications for federal habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

1

Accordingly, IT IS HEREBY ORDERED that:

1. This court will decline to rule on petitioner's request to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: January 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md
keit0053.108